FILED
04/28/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Christopher M. Johnson__

vs

(Full name of defendant(s))

__Dr. Valle, Mental Health Provider and the Contracted Party he Works for, in their Individual and Official Capacities__

Case Number:

1:22-cv-00837-JPH-DML

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __I.D.O.C - Plainfield Correctional Facility / 727 Moon Road / Plainfield, IN__
   (Address of prison or jail)  __46168-9400__

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
                                    (Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>Indiana</u>
(State, if known)

and (if a person) resides at <u>I.D.O.C / 727 Moon Road / Plainfield, IN 46168-9400</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>I think the employer is Centurion</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Starting from the date of Jan. 7, 2022 My United States Constitutional Rights has been Violated by, Mental Health Doctor- Dr. Valle. This is a 14th Amendment Constitutional Claim Deliberate Indifferents "And" also 8th Amendment Constitutional Violation of Crule and Unusual Punishment. And these Claims are also being filed against the Contracted party he Work's for Due to him Stating he is following the Pollicy of "Centurion" I was returned back into the Custody of I.Y.C. from a Federal Writ Jan. 7, 2022 My Medical Records as Well as my medication returned with me. I take (150mgs of Wellbutrin 2-Time's aday) and (30mgs of Buspar 2-Times aday)

Complaint - 2

I've been on these ~~these~~ Med's for year's and he Just stoped my Mental health Med's and refuse to give them to me, I Was forced to go two Month's Without No Medication at all, and then he started me on a Medication that he has been trying to force Me to take, and I reported to Mental Health I can not take what they are trying to force me to take becaue it give's me the run's mixed With Blood, When I use the rest room and it's hard for me to urinate When I take this Medication and When I do it's also Mixed With Blood this Medication is causing my body harm and I'm already a Stage 3 Chronic Kidney Disease ~~Inmate~~. After reporting this Dr. Valle is still trying to force me to take this Medication While Knowing it's causing me harm, this is a Reckless Disregard to My Health and Mental Heath - This is how he has Violated the 8th Amendment and me being Within his care for the past 4 Month's and he has my Mental Heath Record's and Just stop allowing me to have my Mental Heath Medication (150mgs of Wellbutrin-2 Times aday) (And) (30mgs of Buspar 2-Times aday) "Deliberate Indifferents" I'm not being ~~treated~~ treated for my Mental Heath Condition

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
  OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Relief Wanted 1.5 Million Dollars

E.   JURY DEMAND

[✓]   Jury Demand - I want a jury to hear my case
          OR

[ ]   Court Trial - I want a judge to hear my case

Dated this __4__ day of __April__ 20__22__.

Respectfully Submitted,

*Chris M. Johnson*
Signature of Plaintiff

# 270993
Plaintiff's Prisoner ID Number

Plainfield Correctional Facility/727 Moon Road/
Plainfield, IN 46168-9400
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓]   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.